UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

LENA ELIZABETH GIST,

    Plaintiff,

v.                                                                               Case No. 19-13169

ANDREW M. SAUL, Commissioner
of the Social Security Administration,

    Defendant.

_____/

**JUDGMENT**

In accordance with the "Opinion and Order Overruling Plaintiff's Objections and Adopting the Magistrate Judge's Report and Recommendation" entered on March 29, 2021,

IT IS ORDERED AND ADJUDGED that judgment is entered for Defendant Andrew M. Saul, and against Plaintiff Lena Elizabeth Gist. Dated at Port Huron, Michigan, March 29, 2021.

                                          KINNIKIA ESSIX
                                          CLERK OF THE COURT

                                          By: s/Lisa Wagner
                                             Lisa Wagner, Case Manager
                                             to Judge Robert H. Cleland

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\19-13169.GIST.Judgment.RMK.docx